STATE OF NEW JERSEY v. CURTIS E. TRENT.

July 11, 1978.  Petition for certification granted.  (See 157 *N. J. Super.* 231)

STATE OF NEW JERSEY v. EDGAR HENTZ.

July 11, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. MARIO BRAVO VERGARA.

July 11, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. LEROY MC COY.

July 11, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD A. ZALEWSKI.

July 11, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD L. MC KENZIE.

July 11, 1978.  Petition for certification denied.